# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **AARON JOSEPH ROCK,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No. CIV-19-484-G** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

Plaintiff Aaron Joseph Rock, a former federal prisoner appearing pro se, filed this action against Defendant United States of America pursuant to the Federal Tort Claims Act. In accordance with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Gary M. Purcell for initial proceedings.

Following service of the Amended Complaint (Doc. No. 12), Defendant moved to dismiss, arguing in relevant part that the Court lacks subject-matter jurisdiction over Plaintiff's claims. On February 24, 2020, Judge Purcell issued a Report and Recommendation (Doc. No. 27), in which he recommended that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1). In the Report and Recommendation, Judge Purcell advised the parties of their right to object to the Report and Recommendation by March 16, 2020. Judge Purcell also advised the parties that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

To date, no party has filed an objection to the Report and Recommendation or requested an extension of time to do so. Accordingly, the Report and Recommendation

2

(Doc. No. 27) is ADOPTED in its entirety. The Motion to Dismiss (Doc. No. 24) is GRANTED, and this matter shall be dismissed without prejudice. A separate judgment shall be entered.

    IT IS SO ORDERED this 30th day of April, 2020.

                                                */s/ Charles B. Goodwin*
                                                CHARLES B. GOODWIN
                                                United States District Judge